*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DODY BUSH-RETHERFORD

vs.                              NO. 1:11CV00042 SWW

S & S RECOVERY, INC.

**ORDER OF DISMISSAL**

Pursuant to the Notice of Voluntary Dismissal Pursuant to Settlement filed by the parties stating that this cause of action should be dismissed,

IT IS THEREFORE ORDERED that all claims in this cause of action hereby are dismissed with prejudice, each side to bear their own costs and attorney's fees herein.

DATED this 5th day of August 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE